# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

        v.                              Crim. No. 5:11-CR-242-1FL

**JIMMIE LEWIS FARMER**

     On August 7, 2013, the above named was placed on probation for a period of 24 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Julie W. Rosa  
> Julie W. Rosa  
> U.S. Probation Officer  
> 310 New Bern Avenue, Room 610  
> Raleigh, NC 27601-1441  
> Phone: 919-861-8675  
> Executed On: June 5, 2015

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

     Dated this __8th__ day of __June__, 2015.

                                          Louise W. Flanagan  
                                          U.S. District Judge